# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>and )<br>)<br>STATE OF MAINE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MILESTONE RECOVERY, INC., )<br>f/k/a MILESTONE FOUNDATION, INC., )<br>Defendant. ) | Civil No. 2:17-cv-00466-GZS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs the United State of America and the State of Maine and Defendant Milestone Recovery, Inc., by and through their respective undersigned counsel, having entered into a settlement agreement (attached hereto as Exhibit A), hereby stipulate that the above-captioned action is fully and finally dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

**THE UNITED STATES OF AMERICA**

HALSEY B. FRANK
United States Attorney

DATED: December 1, 2017    BY:    /s/ Sheila W. Sawyer
Sheila W. Sawyer
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257

1

**THE STATE OF MAINE**

BY:	/s/ John P. Burke
	John P. Burke
	Assistant Attorney General
	Office of the Attorney General
	6 State House Station
	Augusta, ME  04333-0006
	(207) 626-8800


**MILESTONE RECOVERY, INC.**

BY:	/s/ Jay P. McCloskey
	Jay P. McCloskey, Esq.
	McCloskey, Mina & Cunniff, LLC
	12 City Center
	Portland, ME 04101
	(207) 772-6805
	jmccloskey@lawmmc.com


**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2017, I caused the foregoing Stipulation of Dismissal to be electronically filed using the CM/ECF system and, in addition, I sent notification of such filing(s) to the following by electronic mail:

	Jay P. McCloskey, Esq.
	McCloskey, Mina & Cunniff, LLC
	12 City Center
	Portland, ME 04101
	(207) 772-6805
	jmccloskey@lawmmc.com


		/s/ Sheila W. Sawyer
		Assistant United States Attorney
		United States Attorney's Office
		100 Middle Street
		Portland, Maine 04101
		(207) 780-3257
		sheila.sawyer@usdoj.gov